IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WILLIAM JOSEPH DOWNING,[1]       )
                                 )
        Plaintiff,               )
                                 )
    v.                           )       CASE NO. 2:25-cv-489-ECM
                                 )
CLASSIFICATION ADMIN AT          )
ALDOC, *et al.*,                 )
                                 )
        Defendants.              )

**O R D E R**

On April 23, 2026, the Magistrate Judge entered a Recommendation (doc. 19) to which no timely objections have been filed.  Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 19) is ADOPTED, and this case is DISMISSED without prejudice.  It is further

ORDERED that all pending motions are DENIED as moot, and all pending deadlines are TERMINATED.

A separate Final Judgment will be entered.

DONE this 14th day of July, 2026.

                    /s/ Emily C. Marks
                 EMILY C. MARKS
                 UNITED STATES DISTRICT JUDGE

---

[1] The Clerk of the Court is DIRECTED to update the docket to reflect the correct spelling of the Plaintiff's name.